**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6923**

_____

ERROL DOUGLASS FULFORD-EL,

                    Plaintiff - Appellant,

          v.

GARY D. MAYNARD, Secretary of Public Safety & Correctional
Services; J. MICHAEL STOUFFER, Commissioner of Correction,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:10-cv-00618-WDQ)

_____

Submitted:  November 15, 2011      Decided:  November 17, 2011

_____

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Errol Douglass Fulford-El, Appellant Pro Se.  Nichole Cherie
Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Errol Douglass Fulford-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fulford-El v. Maynard, No. 1:10-cv-00618-WDQ (D. Md. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED